

Michael R. Gordon (MG 7838)
Rebecca L. Misner (RM 8086)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-536-3900
Facsimile: 212-536-3901
Email: michael.gordon@klgates.com
        rebecca.misner@klgates.com

*Attorneys for Plaintiff Calgon Carbon Corporation*

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

CALGON CARBON CORPORATION

        Plaintiff,

      v.

WDF, INC., and
SEABOARD SURETY COMPANY

        Defendants.

-------------------------------------------------------------X



Index Number: _____

Judge: _____

**RULE 7.1 DISCLOSURE
STATEMENT**

      Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, plaintiff, Calgon Carbon

Corporation, by its undersigned counsel, hereby certifies that it is a publicly traded corporation

(CCC: NYSE) and that it has no parent corporation nor does any publicly traded company own

more than 10% of its stock.

      Dated: New York, New York
      May 9, 2008

          KIRKPATRICK & LOCKHART PRESTON
          GATES ELLIS LLP

          Rebecca L. Misner (RM 8086)
          Michael R. Gordon (MG 7838)
          599 Lexington Avenue
          New York, New York 10022

Telephone: 212-536-3900
Facsimile: 212-536-3901
Email:  michael.gordon@klgates.com
Email:  rebecca.misner@klgates.com

*Attorneys for Plaintiff Calgon Carbon
Corporation*

*Of Counsel:*
Joseph L. Luciana
Megan E. Smith Miller
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
535 Smithfield Street
Pittsburgh, Pennsylvania 15222