Michael R. Gordon (MG 7838)
Rebecca L. Misner (RM 8086)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-536-4821
Facsimile: 212-536-3901
Email: michael.gordon@klgates.com
       rebecca.misner@klgates.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CALGON CARBON CORPORATION,

                        Plaintiff,

                  v.

WDF, INC., and
SEABOARD SURETY COMPANY,

                        Defendants.

-----------------------------------------------------------x

Index No.: 08 CIV 4407 (CM)

**NOTICE OF MOTION FOR
ADMISSION *PRO HAC VICE***

      Calgon Carbon Corporation ("Calgon"), through its attorneys, hereby applies to this Court for an Order pursuant to Local Rule 1.3(c) admitting Joseph L. Luciana, III *pro hac vice* for all purposes in this matter. In support of its application, Calgon relies upon the Affidavit of Rebecca L. Misner, sworn to on May 16, 2008 ("Misner Affidavit") attached hereto, the Declaration of Joseph L. Luciana, III, dated May 15, 2008, attached as Exhibit A to the Misner Affidavit, and the Certificate of Good Standing of Joseph L. Luciana, III, attached as Exhibit B to the Misner Affidavit.

NY-604949 v1

|  |  |
|---|---|
| Dated: New York, New York<br>May 16, 2008 | KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP<br><br>*[signature]*<br><br>Rebecca L. Misner (RM 8086)<br>Michael R. Gordon (MG 7838)<br>599 Lexington Avenue<br>New York, New York 10022<br>Telephone: 212-536-3900<br>Facsimile: 212-536-3901<br>Email: michael.gordon@klgates.com<br>Email: rebecca.misner@klgates.com<br><br>*Attorneys for Plaintiff Calgon Carbon Corporation* |

To:   Becky Tung, Esquire
      Counsel
      WDF, Inc.
      30 N. McQuesten Parkway
      Mt. Vernon, NY 10550

      Seaboard Surety Company
      One Tower Square
      Hartford, CT 06183

Michael R. Gordon (MG 7838)
Rebecca L. Misner (RM 8086)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-536-4821
Facsimile: 212-536-3901
Email: michael.gordon@klgates.com
       rebecca.misner@klgates.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

CALGON CARBON CORPORATION,

                        Plaintiff,

            v.

WDF, INC., and
SEABOARD SURETY COMPANY,

                        Defendants.

-------------------------------------------------------x

Index No.: 08 CIV 4407

**AFFIDAVIT OF REBECCA L. MISNER IN SUPPORT OF *PRO HAC VICE* ADMISSION OF JOSEPH L. LUCIANA, III**

STATE OF NEW YORK  )
                             ) ss.
COUNTY OF NEW YORK  )

      Rebecca L. Misner, being duly sworn, deposes and says:

      1.      I am an attorney duly admitted to practice before the courts of this State and I am an associate with the law firm of Kirkpatrick & Lockhart Preston Ellis Gates LLP, counsel for the Plaintiff Calgon Carbon Corporation ("Calgon") in this action.

2.  I respectfully submit this affidavit in support of the motion to admit my colleague Joesph L. Luciana, III, Kirkpatrick & Lockhart Preston Gates Ellis LLP, 535 Smithfield Street, Pittsburgh, PA 15222, *pro hac vice*.

3.  Calgon request that Joseph L. Luciana, III appear on their behalf in this action. Mr. Luciana is familiar with Calgon and the facts at issue in the above-captioned matter and is a member in good standing of the Bar of the Commonwealth of Pennsylvania.

4.  I attach hereto as Exhibit A the declaration of Joseph L. Luciana, III executed on May 15, 2008.

5.  I attach hereto as Exhibit B a copy of the Certificate of Good Standing issued to Mr. Luciana on May 14, 2008.

WHEREFORE, it is respectfully requested that the motion to admit Joseph L. Luciana, III *pro hac vice* be granted.


Dated: New York, New York
       May 15, 2008

_____
Rebecca L. Misner

Sworn to and subscribed before
me this 16 day of May ___, 2008.

_____
Notary Public

DEBORAH JEAN CERIA MEYERS
Notary Public, State of New York
No. 31-4831744
Qualified in New York County
Commission Expires September 30, 2009

Michael R. Gordon (MG 7838)
Rebecca L. Misner (RM 8086)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-536-4821
Facsimile: 212-536-3901
Email: michael.gordon@klgates.com
       rebecca.misner@klgates.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CALGON CARBON CORPORATION,

                     Plaintiff,

           v.

WDF, INC., and
SEABOARD SURETY COMPANY,

                     Defendants.

-----------------------------------------------------------x

Index No.: 08 CIV 4407

**DECLARATION OF JOSEPH L. LUCIANA, III, IN SUPPORT OF MOTION FOR *PRO HAC VICE***

COMMONWEALTH OF PENNSYLVANIA   )
                                               ) ss.
COUNTY OF ALLEGHENY               )

    Joseph L. Luciana, III, being duly sworn, deposes and says:

    1.    I am an attorney with the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP, Henry W. Oliver Building, 535 Smithfield Street, Pittsburgh, PA 15222-2312, counsel for the Plaintiff Calgon Carbon Corporation ("Calgon").

    2.    I am familiar with the facts of this case and I make this Affidavit in support of my application to be admitted *pro hac vice* for the purpose of representing Calgon in the above-captioned matter.

3.  I am admitted to practice law in the Commonwealth of Pennsylvania and I am a member in good standing of the Bar of the Commonwealth of Pennsylvania, as demonstrated by the Certificate of Good Standing submitted herewith.

4.  I am not now, nor have I ever been, held in contempt, censured, suspended, or disbarred by any court.

5.  I have read and am familiar with the rules of this Court. I will abide by them and by any other restrictions which the Court may find appropriate.

By: _____
Joseph L. Luciana, III

Sworn to and subscribed before
me this 5th day of May, 2008

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Carol L. Myers, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires June 19, 2010
Member, Pennsylvania Association of Notaries



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Joseph Leonard Luciana, III, Esq.*

DATE OF ADMISSION

*November 18, 1987*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  May 14, 2008

*Patricia A. Nicola*
Patricia A. Nicola
Chief Clerk

Michael R. Gordon (MG 7838)
Rebecca L. Misner (RM 8086)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-536-4821
Facsimile: 212-536-3901
Email: michael.gordon@klgates.com
    rebecca.misner@klgates.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CALGON CARBON CORPORATION,

                      Plaintiff,

              v.

WDF, INC., and
SEABOARD SURETY COMPANY,

                    Defendants.

------------------------------------------------------------x

Index No.: 08 CIV 4407

**ORDER GRANTING *PRO HAC VICE* ADMISSION OF JOSEPH L. LUCIANA, III**

Upon consideration of the Plaintiff Calgon Carbon Corporation's Motion for the *pro hac vice* admission of Joseph L. Luciana, III, Esq. dated May 15, 2008, the Affidavit of Rebecca L. Misner, sworn to May 16, 2008, the Declaration of Joseph L. Luciana III dated May 15, 2008, and the Certificate of Good Standing issued to Mr. Luciana on May 14, 2008, and good cause having been shown, it is hereby:

        ORDERED, that Joseph L. Luciana, III be, and hereby is, granted *pro hac vice* admission pursuant to Local Rule 1.3(c) for all purposes in this action.

Dated: _____, 2008

                                                          _____
                                                          United States District Judge

Michael R. Gordon (MG 7838)
Rebecca L. Misner (RM 8086)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-536-4821
Facsimile: 212-536-3901
Email: michael.gordon@klgates.com
        rebecca.misner@klgates.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CALGON CARBON CORPORATION,

                Plaintiff,

v.

WDF, INC., and
SEABOARD SURETY COMPANY,

                Defendants.

-----------------------------------------------------------x

Index No.: 08 CIV 4407 (CM)

**AFFDAVIT OF SERVICE**

STATE OF NEW YORK  )
                              ) ss:
COUNTY OF NEW YORK  )

        Deborah J. Meyers, being duly sworn, deposes and says:

        1.      I am not a party to this action and I am over 18 years of age.

        2.      On the 16th day of May, 2008, I caused to be served a true copy of the following document in the manner described below:

**Documents Served:**  Notice of Motion for Admission *Pro Hac Vice* of Joseph L. Luciana, III

NY-605321 v1

**Served Upon Via First Class Mail:**

    Becky Tung, Esquire
    Counsel
    WDF, Inc.
    30 N. McQuesten Parkway
    Mt. Vernon, NY 10550

    Seaboard Surety Company
    One Tower Square
    Hartford, CT 06183

    _____
               Deborah J. Meyers

Sworn to before me this
16th day of May, 2008

ARNOLD J. BURROS
Notary Public, State of New York
No. 41-4720413
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 30, 20__