Michael R. Gordon (MG 7838)
Rebecca L. Misner (RM 8086)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-536-4821
Facsimile: 212-536-3901
Email: michael.gordon@klgates.com
       rebecca.misner@klgates.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CALGON CARBON CORPORATION,  | Index No.: 08 CIV 4407
                            |
                 Plaintiff, | NOTICE OF MOTION FOR
                            | **ADMISSION *PRO HAC VICE***
        v.                  |
                            |
WDF, INC., and              |
SEABOARD SURETY COMPANY,    |
                            |
                 Defendants.|
-------------------------------------------------------------x



Calgon Carbon Corporation ("Calgon"), through its attorneys, hereby applies to this Court for an Order pursuant to Local Rule 1.3(c) admitting Megan E. Smith Miller, Esq. *pro hac vice* for all purposes in this matter. In support of their application, Calgon relies upon the Affidavit of Rebecca L. Misner, sworn to on May 16, 2008 ("Misner Affidavit") attached hereto, the Declaration of Megan E. Smith Miller dated May 15, 2008, attached as Exhibit A to the Misner Affidavit, and the Certificate of Good Standing of Megan E. Smith Miller attached as Exhibit B to the Misner Affidavit.

|  |  |
|---|---|
|  | KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP |
| Dated: New York, New York<br>May 16, 2008 | Rebecca L. Misner (RM 8086)<br>Michael R. Gordon (MG 7838)<br>599 Lexington Avenue<br>New York, New York 10022<br>Telephone: 212-536-3900<br>Facsimile: 212-536-3901<br>Email: michael.gordon@klgates.com<br>Email: rebecca.misner@klgates.com<br><br>*Attorneys for Plaintiff Calgon Carbon Corporation* |

To:  Becky Tung, Esquire
     Counsel
     WDF, Inc.
     30 N. McQuesten Parkway
     Mt. Vernon, NY 10550

     Seaboard Surety Company
     One Tower Square
     Hartford, CT 06183

Michael R. Gordon (MG 7838)
Rebecca L. Misner (RM 8086)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-536-4821
Facsimile: 212-536-3901
Email: michael.gordon@klgates.com
       rebecca.misner@klgates.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CALGON CARBON CORPORATION,

                                    Plaintiff,

                                    v.

WDF, INC., and
SEABOARD SURETY COMPANY,

                                   Defendants.

-----------------------------------------------------------x

Index No.: 08 CIV 4407

**AFFIDAVIT OF REBECCA L. MISNER IN SUPPORT OF *PRO HAC VICE* ADMISSION OF MEGAN E. SMITH MILLER**

STATE OF NEW YORK  )
                   ) ss.
COUNTY OF NEW YORK )

      Rebecca L. Misner, being duly sworn, deposes and says:

      1.     I am an attorney duly admitted to practice before the courts of this State and I am an associate with the law firm of Kirkpatrick & Lockhart Preston Ellis Gates LLP, counsel for the Plaintiff Calgon Carbon Corporation ("Calgon") in this action.

2. I respectfully submit this affidavit in support of the motion to admit my colleague Megan E. Smith Miller, Kirkpatrick & Lockhart Preston Gates Ellis LLP, 535 Smithfield Street, Pittsburgh, PA 15222, *pro hac vice*.

3. Calgon request that Megan E. Smith Miller appear on their behalf in this action. Ms. Smith Miller is familiar with Calgon and the facts at issue in the above-captioned matter and is a member in good standing of the Bar of the Commonwealth of Pennsylvania.

4. I attach hereto as Exhibit A the declaration of Megan E. Smith Miller executed on May 15 2008.

5. I attach hereto as Exhibit B a copy of the Certificate of Good Standing issued to Ms. Smith Miller on May 14, 2008.

WHEREFORE, it is respectfully requested that the motion to admit Megan E. Smith Miller *pro hac vice* be granted.


Dated: New York, New York
       May 16, 2008

_____
Rebecca L. Misner

Sworn to and subscribed before
me this 16 day of May ___, 2008.

_____
Notary Public

DEBORAH JEAN CERIA MEYERS
Notary Public, State of New York
No. 31-4631744
Qualified in New York County
Commission Expires September 30, 2009

Michael R. Gordon (MG 7838)
Rebecca L. Misner (RM 8086)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-536-4821
Facsimile: 212-536-3901
Email: michael.gordon@klgates.com
       rebecca.misner@klgates.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| CALGON CARBON CORPORATION,<br><br>                          Plaintiff,<br><br>v.<br><br>WDF, INC., and<br>SEABOARD SURETY COMPANY,<br><br>                          Defendants. | Index No.: 08 CIV 4407<br><br>**DECLARATION OF MEGAN E. SMITH MILLER IN SUPPORT OF MOTION FOR *PRO HAC VICE*** |

-----------------------------------------------------------x

COMMONWEALTH OF PENNSYLVANIA    )
                                ) ss.
COUNTY OF ALLEGHENY             )

Megan E. Smith Miller, being duly sworn, deposes and says:

1. I am an attorney with the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP, Henry W. Oliver Building, 535 Smithfield Street, Pittsburgh, PA 15222-2312, counsel for the Plaintiff Calgon Carbon Corporation ("Calgon").

2. I am familiar with the facts of this case and I make this Affidavit in support of my application to be admitted *pro hac vice* for the purpose of representing Calgon in the above-captioned matter.

3.  I am admitted to practice law in the Commonwealth of Pennsylvania and I am a member in good standing of the Bar of the Commonwealth of Pennsylvania, as demonstrated by the Certificate of Good Standing submitted herewith.

4.  I am not now, nor have I ever been, held in contempt, censured, suspended, or disbarred by any court.

5.  I have read and am familiar with the rules of this Court. I will abide by them and by any other restrictions which the Court may find appropriate.

By: _____
Megan E. Smith-Miller

Sworn to and subscribed before
me this 15th day of May, 2008

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Carol L. Myers, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires June 19, 2010
Member, Pennsylvania Association of Notaries



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Megan Elizabeth Smith Miller, Esq.*

**DATE OF ADMISSION**

*October 31, 2006*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: May 14, 2008**

*Patricia L. Nicola*
Patricia A. Nicola
Chief Clerk

Michael R. Gordon (MG 7838)
Rebecca L. Misner (RM 8086)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone:  212-536-4821
Facsimile:  212-536-3901
Email:  michael.gordon@klgates.com
        rebecca.misner@klgates.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | |
|---|---|
| CALGON CARBON CORPORATION,<br><br>                    Plaintiff,<br><br>      v.<br><br>WDF, INC., and<br>SEABOARD SURETY COMPANY,<br><br>                    Defendants. | Index No.: 08 CIV 4407<br><br>**ORDER GRANTING *PRO HAC VICE* ADMISSION OF MEGAN E. SMITH MILLER** |

------------------------------------------------------x

       Upon consideration of the Plaintiff Calgon Carbon Corporation's Motion for the *pro hac vice* admission of Megan E. Smith Miller, Esq. dated May 15, 2008, the Affidavit of Rebecca L. Misner, sworn to May 16, 2008, the Declaration of Megan E. Smith Miller dated May 15, 2008, and the Certificate of Good Standing issued to Ms. Smith Miller on May 14, 2008, and good cause having been shown, it is hereby:

       ORDERED, that Megan E. Smith Miller be, and hereby is, granted *pro hac vice* admission pursuant to Local Rule 1.3(c) for all purposes in this action.

Dated: _____, 2008

                                                                  _____
                                                                  United States District Judge

Michael R. Gordon (MG 7838)
Rebecca L. Misner (RM 8086)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-536-4821
Facsimile: 212-536-3901
Email: michael.gordon@klgates.com
       rebecca.misner@klgates.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

CALGON CARBON CORPORATION,

                Plaintiff,

                v.

WDF, INC., and
SEABOARD SURETY COMPANY,

                Defendants.

-------------------------------------------------------x

Index No.: 08 CIV 4407 (CM)

**AFFDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

      Deborah J. Meyers, being duly sworn, deposes and says:

1.    I am not a party to this action and I am over 18 years of age.

2.    On the 16th day of May, 2008, I caused to be served a true copy of the following document in the manner described below:

**Documents Served:** Notice of Motion for Admission *Pro Hac Vice* of Megan E. Smith Miller

NY-605321 v1

**Served Upon Via First Class Mail:**

> Becky Tung, Esquire
> Counsel
> WDF, Inc.
> 30 N. McQuesten Parkway
> Mt. Vernon, NY 10550
>
> Seaboard Surety Company
> One Tower Square
> Hartford, CT 06183

_____
Deborah J. Meyers

Sworn to before me this
16th day of May, 2008

_____
Notary Public

ARNOLD J. BURRUS
Notary Public, State of New York
No. 41-4720413
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 30, 20__