UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
CALGON CARBON CORPORATION,

                Plaintiff,                Case No. 08 CIV 4407 (CM)

   -against-

WDF, INC. and SEABOARD SURETY COMPANY,      **RULE 7.1 STATEMENT**

                Defendants

------------------------------------------X

    Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned, counsel for WDF, Inc., certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

                        Not Applicable

Dated:  Jericho, New York
       May 20, 2008

                                LAW OFFICE OF WILLIAM J. TURKISH, PLLC
                                By: _____
                                William J. Turkish, Esq. (WJT-1547)
                                Attorney for Defendant,
                                WDF, INC.
                                33 South Service Road
                                Jericho, NY 11753
                                (516) 338-0585
                                FAX: (516) 338-0685
                                File No. 6173.1