UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CALGON CARBON CORPORATION,

                    Plaintiff,                Case No. 08 CIV 4407 (CM)

    -against-

                                              **STIPULATION OF**
WDF, INC. and SEABOARD SURETY COMPANY,        **EXTENSION OF TIME**

                    Defendants

----------------------------------------X

    ***IT IS HEREBY STIPULATED AND AGREED,*** by and between the undersigned
attorneys for the respective parties, that the Defendant, WDF, INC.'s
time to answer, move or otherwise appear in connection with the within
Summons and Complaint is hereby extended until June 19, 2008.

    ***IT IS FURTHER STIPULATED AND AGREED*** that the facsimile signature of
this Stipulation will have the full force and effect of the original.


Dated:  Jericho, New York
        May 19, 2008

                              KIRKPATRICK & LOCKHART PRESTON
                              GATES ELLIS LLP

                              By: _____

                              Attorney for Plaintiff
                              599 Lexington Avenue
                              New York, NY 10022
                              (212) 536-3900


                              LAW OFFICE OF WILLIAM J. TURKISH, PLLC

                              By: _____
                              William J. Turkish, Esq. (WJT-1547)
                              Attorney for Defendant, WDF, Inc.
                              33 South Service Road
                              Jericho, NY 11753
                              (516) 338-0585
                              FAX: (516) 338-0685
                              File No. 6173.1


wjt/wdf/calgon/lit/stipexttime 5.19.08