```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CALGON CARBON CORPORATION,

                    Plaintiff,           Case No. 08 CIV 4407 (CM)

     -against-

WDF, INC. and SEABOARD SURETY COMPANY,   RULE 7.1 STATEMENT

                    Defendants
------------------------------------X
```

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned, counsel for SEABOARD SURETY COMPANY, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

      Travelers Casualty & Surety Company of America

Dated: Jericho, New York
      May 21, 2008

          LAW OFFICE OF WILLIAM J. TURKISH, PLLC

          By: _____
          William J. Turkish, Esq. (WJT-1547)
          Attorney for Defendant,
          SEABOARD SURETY COMPANY
          33 South Service Road
          Jericho, NY 11753
          (516) 338-0585
          FAX: (516) 338-0685
          File No. 6173.1

wjt/wdf/calgon/lit/rule71 5.21.08