UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
CALGON CARBON CORPORATION,

                Plaintiff,          Case No. 08 CIV 4407 (CM)

  -against-

                                 **STIPULATION OF**
WDF, INC. and SEABOARD SURETY COMPANY,    **EXTENSION OF TIME**

                Defendants

------------------------------------------X

    ***IT IS HEREBY STIPULATED AND AGREED***, by and between the undersigned attorneys for the respective parties, that the Defendant, SEABOARD SURETY COMPANY's time to answer, move or otherwise appear in connection with the within Summons and Complaint is hereby extended until June 19, 2008.

    ***IT IS FURTHER STIPULATED AND AGREED*** that the facsimile signature of this Stipulation will have the full force and effect of the original.

Dated:   Jericho, New York
         May 21, 2008

                                    KIRKPATRICK & LOCKHART PRESTON
                                    GATES ELLIS LLP

                                    By: _____

                                    Attorney for Plaintiff
                                    599 Lexington Avenue
                                    New York, NY 10022
                                    (212) 536-3900


                                    LAW OFFICE OF WILLIAM J. TURKISH, PLLC

                                    By: _____
                                    William J. Turkish, Esq. (WJT-1547)
                                    Attorney for Defendant,
                                    SEABOARD SURETY COMPANY
                                    33 South Service Road
                                    Jericho, NY 11753
                                    (516) 338-0585
                                    FAX: (516) 338-0685
                                    File No. 6173.1


wjt/wdf/calgon/lit/stipexttime 5.21.08