Michael R. Gordon (MG 7838)
Rebecca L. Misner (RM 8086)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-536-4821
Facsimile: 212-536-3901
Email: michael.gordon@klgates.com
        rebecca.misner@klgates.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CALGON CARBON CORPORATION,

                             Plaintiff,

                v.

WDF, INC., and
SEABOARD SURETY COMPANY,

                             Defendants.

-----------------------------------------------------------x

Index No.: 08 CIV 4407

**ORDER GRANTING *PRO HAC VICE* ADMISSION OF JOSEPH L. LUCIANA, III**

        Upon consideration of the Plaintiff Calgon Carbon Corporation's Motion for the

*pro hac vice* admission of Joseph L. Luciana, III, Esq. dated May 15, 2008, the Affidavit of

Rebecca L. Misner, sworn to May 16, 2008, the Declaration of Joseph L. Luciana III dated May

15, 2008, and the Certificate of Good Standing issued to Mr. Luciana on May 14, 2008, and good

cause having been shown, it is hereby:

        ORDERED, that Joseph L. Luciana, III be, and hereby is, granted *pro hac vice*

admission pursuant to Local Rule I.3(c) for all purposes in this action.

Dated: ___May 22nd___, 2008

                                                    _____
                                                    United States District Judge