Michael R. Gordon (MG 7838)
Rebecca L. Misner (RM 8086)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-536-4821
Facsimile: 212-536-3901
Email: michael.gordon@klgates.com
          rebecca.misner@klgates.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CALGON CARBON CORPORATION,

                Plaintiff,

        v.

WDF, INC., and
SEABOARD SURETY COMPANY,

                Defendants.

-----------------------------------------------------------x

Index No.: 08 CIV 4407

**ORDER GRANTING *PRO HAC VICE* ADMISSION OF MEGAN E. SMITH MILLER**

       Upon consideration of the Plaintiff Calgon Carbon Corporation's Motion for the *pro hac vice* admission of Megan E. Smith Miller, Esq. dated May 15, 2008, the Affidavit of Rebecca L. Misner, sworn to May 16, 2008, the Declaration of Megan E. Smith Miller dated May 15, 2008, and the Certificate of Good Standing issued to Ms. Smith Miller on May 14, 2008, and good cause having been shown, it is hereby:

       ORDERED, that Megan E. Smith Miller be, and hereby is, granted *pro hac vice* admission pursuant to Local Rule 1.3(c) for all purposes in this action.

Dated: May 22nd, 2008

                                                                              _____
                                                                              United States District Judge