**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CALGON CARBON CORP.,

    Plaintiff(s),

    -against-

WDF, INC., ET AL.,

    Defendant(s).
-----------------------------------------------------------------X

Index No. 08 CV 4407

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                     S.S.
COUNTY OF ROCKLAND  )

    DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

    That on the 13TH day of May, 2008, at approximately the time of 3:10 PM, deponent served a true copy of the SUMMONS, COMPLAINT, RULE 7.1 DISCLOSURE STATEMENT, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE EATON, INDIVIDUAL PRACTICES OF JUDGE MCMAHON AND 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL upon WDF, INC. at 30 North MacQuesten Parkway, Mount Vernon, New York 10550, by personally delivering and leaving the same with DOREEN PEART, who informed deponent that she is an receptionist authorized by WDF, INC. to receive service at that address.

    DOREEN PEART is a white female, approximately 37 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 250 pounds with brown hair and brown eyes.

_____
DAVID KSIAZEK #0974523

Sworn to before me this
13th day of May, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com