

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CALGON CARBON CORPORATION,

       Plaintiff,

       -against-

WDF, INC., and
SEABOARD SURETY COMPANY,

       Defendants.
----------------------------------------------------------X

Case No. 08 CIV 4407
(Judge McMahon)

AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT  )
                      S.S.:
COUNTY OF HARTFORD    )

      MICHAEL WALTON, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

      That on the 13th day of May, 2008, at approximately the time of 1:30 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; RULE 7.1 DISCLOSURE STATEMENT; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; INDIVIDUAL PRACTICES OF JUDGE McMAHON; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE EATON upon SEABOARD SURETY COMPANY at One Tower Square, Hartford, CT, by personally delivering and leaving the same with JENNIFER L. ABRAMO who informed deponent that she holds the position of Paralegal with that company and is authorized by appointment to receive service at that address.

      JENNIFER L. ABRAMO is a white female, approximately 40 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 135 pounds with light brown hair.

_____
MICHAEL WALTON

Sworn to before me this
22 day of May, 2008

_____
NOTARY PUBLIC



D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com