**K&L|GATES**



Kirkpatrick & Lockhart Preston Gates Ellis LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

T 412.355.6500    www.klgates.com

June 13, 2008

Megan E. Smith Miller
D 412.355.8922
F 412.355.6501
megan.smithmiller@klgates.com

**MEMO ENDORSED**

Via Facsimile: 212-805-6326

The Honorable Colleen McMahon
United States District Judge
500 Pearl Street, Room 640
New York, New York 10007

*You must come to your Rule 16 conference if there is no plea.*

Re: <u>Calgon Carbon Corporation v. WDF, Inc., et al., No. 08 Civ. 4407</u>

Dear Judge McMahon:

Enclosed please find Calgon Carbon Corporation's proposed Case Management Plan. Please be advised that the enclosed plan is not submitted as a joint one, as the Defendants have indicated that they will not negotiate or consent to any such plan at this time.

Sincerely,

Megan E. Smith Miller

*Colleen McMahon 6/18/08*

MESM:id
Enclosure

cc:  William Turkish, Esquire (via facsimile: 516-338-0685)
     David Wolff, Esquire (via facsimile: 973-530-2259)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08

PI-2000037 v1