Michael R. Gordon (MG 7838)
Rebecca L. Misner (RM 8086)
K&L Gates LLP
599 Lexington Avenue
New York, New York 10022
Telephone:  212-536-4821
Facsimile:  212-536-3901
Email:  michael.gordon@klgates.com
          rebecca.misner@klgates.com

Joseph L Luciana, III, admitted *pro hac vice*
Megan E. Smith Miller, admitted *pro hac vice*
K&L Gates LLP
535 Smithfield Street
Pittsburgh, PA  15222
Telephone:  412-355-6500
Facsimile:  412-355-6501
Email: joseph.luciana@klgates.com
         megan.smithmiller@klgates.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| CALGON CARBON CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>WDF, INC., and<br>SEABOARD SURETY COMPANY,<br><br>　　　　　　　　　　Defendants. | Index No.: 08 CIV 4407<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

-----------------------------------------------------------x

　　　　**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Motion to

Dismiss WDF, Inc.'s Counterclaims with Prejudice Pursuant to Fed. R. Civ. P. 12(b)(6) and the

Affidavit of Megan E. Smith Miller in Support of Motion to Dismiss with accompanying

exhibits, Plaintiff Calgon Carbon Corporation moves this Court, before the Honorable Colleen

McMahon, District Court Judge, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of

PI – 1241601 v1

-2-

Civil Procedure dismissing with prejudice Defendant WDF, Inc.'s counterclaims for alleged fraud and lost interest, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1(b), answering papers, if any, must be served within ten business days after service of the moving papers and any reply papers shall be served within five business days after service of the answering papers.

Dated: Pittsburgh, PA
July 31, 2008

Respectfully submitted,

/s/ Megan E. Smith Miller_____
Michael R. Gordon (MG 7838)
Rebecca L. Misner (RM 8086)
K&L Gates LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-536-4821
Facsimile: 212-536-3901
Email: michael.gordon@klgates.com
        rebecca.misner@klgates.com

Joseph L Luciana, III, admitted *pro hac vice*
Megan E. Smith Miller, admitted *pro hac vice*
K&L Gates LLP
535 Smithfield Street
Pittsburgh, PA  15222
Telephone: 412-355-6500
Facsimile: 412-355-6501
Email: joseph.luciana@klgates.com
        Megan.smithmiller@klgates.com

*Attorneys for Plaintiff, Calgon Carbon Corporation*