Michael R. Gordon (MG 7838)
Rebecca L. Misner (RM 8086)
K&L Gates LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-536-4821
Facsimile: 212-536-3901
Email: michael.gordon@klgates.com
       rebecca.misner@klgates.com

Joseph L Luciana, III, admitted *pro hac vice*
Megan E. Smith Miller, admitted *pro hac vice*
K&L Gates LLP
535 Smithfield Street
Pittsburgh, PA  15222
Telephone: 412-355-6500
Facsimile: 412-355-6501
Email: joseph.luciana@klgates.com
       megan.smithmiller@klgates.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| CALGON CARBON CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>WDF, INC., and<br>SEABOARD SURETY COMPANY,<br><br>Defendants. | Index No.: 08 CIV 4407<br><br>**AFFIDAVIT OF SERVICE** |

------------------------------------------------------------x

STATE OF PENNSYLVANIA    )
                         ) ss.
COUNTY OF ALLEGENY       )

MEGAN E. SMITH MILLER, being duly sworn, deposes and says:

1.      I am over 18 years of age.

2. On July 31, 2008, I caused to be served via ECF correct copies of Calgon Carbon Corporation's Notice of Motion to Dismiss WDF, Inc.'s Counterclaims with Prejudice Pursuant to Fed. R. Civ. P. 12(b)(6), Memorandum of Law in Support thereof, and Affidavit of Megan E. Smith Miller in support thereof upon:

>William Turkish, Esq.
>33 South Service Rd.
>Jericho, NY 11753
>*Attorney for Defendants WDF, Inc.
>and Seaboard Surety Company*

_____
Megan E. Smith Miller

Sworn to me before this
31st day of July 2008

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Patricia Popek, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Dec. 29, 2011

Member, Pennsylvania Association of Notaries

-2-