Law Offices of
# William J. Turkish, PLLC

Attorney at Law

33 South Service Road - Suite 121 - Jericho, New York 11753
Tel: 516-338-0585  Fax: 516-338-0685  Email: turklaw33@aol.com

August 8, 2008

**VIA FAX:** (914) 390-4152
Justice Colleen McMahon
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

*[Handwritten: Request for an extension of time to respond to Mtn dismiss is granted. Defs' response due 8/25/08.  /s/ Colleen McMahon]*

  Re: Calgon Carbon v. WDF, Inc., et al
      USDC/Southern District of New York
      Case No. 08 CIV 4407
      My File No. 6173.1

Dear Justice McMahon:

  Please be advised that the undersigned represents the defendants in the above captioned action and I write this letter to request an extension of time, until August 25, 2008, to respond to the Plaintiff's motion to dismiss, which was originally served upon my office on July 31, 2008. This is the first request for an extension in connection with this motion and plaintiff's counsel has generously consented to this request (provided that no further extensions will be granted). This extension, if granted, will not have any affect on any other scheduling dates. This extension is requested based upon the unavailability of the undersigned to timely respond to the Plaintiff's motion arising out of long planned vacation days over the next two weeks.

  I thank you for your attention to the foregoing and if you have any questions, please contact the undersigned immediately.

Very truly yours,

William Turkish

WJT/EJG

cc.: Megan E. Smith Miller, Esq. (FAX) (412) 355-6501

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

WJT/wdf/calgon/mcmahon 8.8.08