UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
CALGON CARBON CORPORATION,

              Plaintiff,            Case No. 08 CIV 4407 (CM)

-against-

                                        **STIPULATION CONSENTING**
WDF, INC. and SEABOARD SURETY COMPANY,     **TO FILING OF FIRST**
                                        **AMENDED ANSWER**
              Defendants

--------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for all of the above parties, that in accordance with Rule 15(a) of the Federal Rules of Civil Procedure, the Plaintiff consents to the filing of the annexed First Amended Answer by the Defendants, WDF, Inc. and Seaboard Surety Company.

    IT IS FURTHER STIPULATED AND AGREED that the facsimile signature of this Stipulation will have the full force and effect of the original.

Dated:  Jericho, New York
         August 25, 2008

                                        KIRKPATRICK & LOCKHART PRESTON
                                        GATES ELLIS LLP

                                          By: _____
                                          JOSEPH L. LUCIANA III, ESQ.
                                          Attorney for Plaintiff
                                          535 Smithfield Street
                                          Pittsburgh, PA 15222
                                          (412) 355-8922
                                          FAX: (412) 355-8982

                                          LAW OFFICE OF WILLIAM J. TURKISH, PLLC

                                          By: _____
                                          William J. Turkish, Esq. (WJT-1547)
                                          Attorney for Defendants
                                          33 South Service Road
                                          Jericho, NY 11753
                                          (516) 338-0585
                                          FAX: (516) 338-0585
                                          File No. 6173.1

*So ordered*
*Colleen McMahon*
*9-2-08*

wjt/wdf/calgon/lit/stipconsentingtofiling 8.25.08

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08
```