UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
CALGON CARBON CORPORATION,

                Plaintiff,          Case No. 08 CIV 4407 (CM)

  -against-

WDF, INC. and SEABOARD SURETY COMPANY,    **STIPULATION WITHDRAWING PLAINTIFF'S MOTION**

                Defendants
---------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for all of the above parties, that the Plaintiff's Motion to Dismiss the Counterclaims of the Defendants dated July 31, 2008, is hereby withdrawn, without prejudice.

    IT IS FURTHER STIPULATED AND AGREED that the facsimile signature of this Stipulation will have the full force and effect of the original.

Dated:  Jericho, New York
       August 25, 2008

                              KIRKPATRICK & LOCKHART PRESTON
                              GATES ELLIS LLP

                              By: _____
                              JOSEPH L. LUCIANA III, ESQ.
                              Attorney for Plaintiff
                              535 Smithfield Street
                              Pittsburgh, PA 15222
                              (412) 355-8922
                              FAX: (412) 355-8982


                              LAW OFFICE OF WILLIAM J. TURKISH, PLLC

                              By: _____
                              William J. Turkish, Esq. (WJT-1547)
                              Attorney for Defendants
                              33 South Service Road
                              Jericho, NY 11753
                              (516) 338-0585
                              FAX: (516) 338-0585
                              File No. 6173.1

wjt/wdf/calgon/lit/stipwithdrawingmotion 8.25.08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08