**Law Offices of**
# William J. Turkish, PLLC

Attorney at Law

33 South Service Road • Suite 121 • Jericho, New York 11753
Tel: 516·338·0585  Fax: 516·338·0685  Email: turklaw33@aol.com

August 25, 2008

## MEMO ENDORSED

**VIA FAX (212) 805-6326**
Justice Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10038

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 9/2/08

Re: Calgon Carbon v. WDF, Inc., et al
    USDC/Southern District of New York
    Case No. 08 CIV 4407
    My File No. 6173.1

Dear Justice McMahon:

Please be advised that the undersigned represents the Defendants in the above captioned action. Enclosed herewith please find a copy of a Stipulation consenting to the filing of the Defendant's First Amended Answer dated August 25, 2008. In addition, enclosed herein please find a copy of a Stipulation withdrawing the Plaintiff's Notice of Motion dated July 31, 2008. The original of the First Amended Answer has been electronically filed with the Court on this date.

It is respectfully requested that you "So Order" the attached and if you have any questions, please contact the undersigned immediately.

Very truly yours,

William Turkish

WJT/EJG
Enc.

cc.: Joseph L. Luciano III, Esq. (by email)

*Stips signed — Clerk directed to mark the July 31, 2008 motion "withdrawn."*

WJT/wdf/calgon/mcmahon/8.25.08